# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO.: 1:10-CR-79-TLS |
| | ) | |
| ROSIE Z. SMITH | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 21], filed on January 7, 2011. The Defendant has waived objection to the Report and Recommendation, and the Court, being duly advised, adopts the Findings and Recommendation [ECF No. 21] in its entirety and accepts the recommended disposition. The plea of guilty to the offenses charged in Counts 1 and 2 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offenses.

The Defendant shall appear for sentencing on **April 21, 2011,** at **3:00 PM** before Judge Theresa L. Springmann. Any request for a sentence involving a departure under the United States Sentencing Guidelines, or for a variance above or below a Guidelines sentence pursuant to 18 U.S.C.§3553(a), with the exception of matters raised pursuant to §5K1.1 of the Guidelines, shall be communicated to the probation officer and opposing counsel, in writing, within fourteen (14) days following initial disclosure of the presentence report. Any sentencing memorandum addressing these or any other issues, including requests for a departure based on § 5K1.1 of the Guidelines, shall be filed with the Court no later than seven (7) days prior to the sentencing hearing.

SO ORDERED on January 25, 2011.

       s/ Theresa L. Springmann
       THERESA L. SPRINGMANN

UNITED STATES DISTRICT COURT